IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-464 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| JAMILL MCDONALD, | ) | INFORMATION RE: PRIOR |
| | ) | CONVICTION |
| Defendant. | ) | |

    Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Margaret A. Sweeney, Assistant United States Attorney, and pursuant to Title 21, §§ 841(b)(1)(C) and 851, United States Code, hereby gives notice that if an adjudication of guilt is entered against the defendant, JAMILL MCDONALD in Count 1 of the indictment returned in the above-captioned case, that the United States will rely upon the previous "felony drug offense" conviction of JAMILL MCDONALD for the purpose of invoking the increased sentencing provisions of Title 21, § 841(b), United States Code. The previous "felony drug offense" conviction upon which the United States will rely is:

    (1) Trafficking Offense 2925.03(A)(2) with Forfeiture Specification, in the Cuyahoga County Court of Common Pleas, Case No. CR-15-595742-A, on or about January 27, 2016.

The United States alleges that the defendant has been convicted of at least one prior "felony drug offense."  The penalty enhancement provisions of Title 21, § 841(b)(1)(C), United States Code (relating to a Schedule I and Schedule II controlled substances), requires a maximum term of imprisonment of 30 years and/or a fine not to exceed $2,000,000, six (6) years of supervised release, as alleged in Count 1 of the indictment,  if the defendant has been convicted of at least one prior "felony drug offense."

                                      Respectfully submitted,

                                      JUSTIN HERDMAN
                                      United States Attorney

By:   /s/ Margaret A. Sweeney
        Margaret A. Sweeney (OH: 0086591)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH  44113
        (216) 622-3990
        (216) 522-7499 (facsimile)
        Margaret.Sweeney@usdoj.gov